# ALABAMA COURT OF CRIMINAL APPEALS



December 6, 2024

**CR-2023-0014**

Stephen Montez Williams v. State of Alabama (Appeal from Russell Circuit Court: CC-17-1012)

## NOTICE

You are hereby notified that on December 6, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk